JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GONZALO HERNANDEZ, | ) | Case No. CV 12-9701 DSF (CWx) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT OF DISMISSAL |
| | ) | |
| NEW CENTURY MORTGAGE CORPORATION, | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution, and the plaintiffs having failed to respond,

IT IS ORDERED AND ADJUDGED that the plaintiffs take nothing, that the action be dismissed without prejudice, and that defendants be awarded their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 3/28/13

_____
DALE S. FISCHER
United States District Judge